District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLANCA ESTELA PENALOZA ORTIZ, *et al.*,<br><br>　　　　　　　Plaintiffs,<br>　　　v.<br>TRACY RENAUD, Associate Director for the Service Center Operations Directorate, *et al.*,<br><br>　　　　　　　Defendants. | CASE NO. 2:23-cv-253-RSM<br><br>STIPULATED MOTION TO DISMISS AND ORDER<br><br>Noted for Consideration:<br>April 28, 2023 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants jointly stipulate to dismiss this case. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to issue Bonafide Determinations ("BFD") on their Form I-918s, Petition for U Nonimmigrant Status, and to adjudicate their Form I-765s, Application for Employment Authorization. USCIS has granted Plaintiffs' BFDs and has approved their Form I-765s. Accordingly, the above-captioned action having been resolved, the parties stipulate to the dismissal without prejudice, with each party to bear their own fees or costs.

//

//

STIPULATED MOTION TO DISMISS AND ORDER
2:23-cv-00253-RSM - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

DATED this 28th day of April, 2023.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:  206-428-3824
Email:  michelle.lambert@usdoj.gov

*Attorneys for Defendants*

I certify that this memorandum contains 99 words, in compliance with the Local Civil Rules.

*s/Katherine H. Rich*
KATHERINE H. RICH WSBA#46881
Rich Immigration, PC
1207 N 200th Street, Suite 214B
Shoreline, Washington 98133
Phone: 206-853-4037
Email:  katherine@richimmigration.com

*Attorney for Plaintiffs*

STIPULATED MOTION TO DISMISS AND ORDER
2:23-cv-00253-RSM - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

**ORDER**

The parties having stipulated and agreed, the case is dismissed without prejudice with all parties to bear their own costs and attorneys' fees. It is so **ORDERED**.

DATED this 2nd day of May, 2023.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO DISMISS AND ORDER
2:23-cv-00253-RSM - 3

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800